**ORIGINAL**

# United States District Court

NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 7 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
v.

CARL SKOW

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:11-MJ-1048

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Beginning on or about June 3, 2011, and continuing until on or about July 6, 2011, in the Northern District of Georgia, the defendant,

using a means of interstate commerce, to wit, a computer, did knowingly attempt to persuade, induce, entice or coerce an individual who has not attained the age of eighteen years to engage in any sexual activity for which any person can be charged with a criminal offense, that is, child molestation (O.C.G.A. § 16-6-4)

in violation of Title 18 United States Code, Section(s) 2422(b).

I further state that I am a(n) Special Agent Tad Schlatre and that this complaint is based on the following facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof.    (X) Yes    ( ) No

_____
Signature of Complainant
Tad G. Schlatre

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to before me, and subscribed in my presence

July 7, 2011                                    at    Atlanta, GA
Date                                                 City and State

Linda T. Walker
United States Magistrate Judge                         _____
Name and Title of Judicial Officer                     Signature of Judicial Officer
AUSA Jeffrey A. Brown

# **AFFIDAVIT**

I, **Tad Schlatre**, being first duly sworn, hereby depose and state as follows:

## **INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI) and have been so employed since September of 1999. I am currently assigned to the Office of Investigations, Special Agent in Charge, Atlanta, Georgia. As part of my duties, I am responsible for enforcing the laws of the United States, particularly those laws relating to the importing and/or exporting of goods; the smuggling, trafficking and importation of contraband and controlled substances; and the lawful migration and immigration of individuals entering and exiting the United States.

2. Upon employment with the then-U.S. Customs Service in 1999, I received eighteen weeks of instruction, training and education on the many aspects of the criminal justice system, criminal investigations and law enforcement related subjects at the Federal Law Enforcement Training Center (FLETC). Prior to becoming a Special Agent, I earned a bachelor's degree in Criminal Justice from Louisiana State University and served for over six years as a sworn police officer in the State of Louisiana. During my career as both a police officer and a federal agent, I have conducted numerous narcotics related investigations; sworn to and executed search and arrest warrants; conducted physical and electronic surveillances; arrested both street-level drug pushers as well as international narcotics traffickers; seized large amounts of drugs, weapons, currency and property; and arrested numerous individuals for violations of local, state

and federal drug laws. More recently, as a Special Agent with Homeland Security Investigations, I am particularly responsible for investigations involving the receipt and distribution of child pornography via the internet, child sex trafficking, child sex tourism and other child exploitation offenses as defined in Title 18, United States Code, Sections 2251, 2A, 18 U.S.C. § 2423, et seq.

3. In addition to my normal abilities as a Special Agent, I have received specialized training as a computer forensic analyst and have performed such duties since June 2002. As a result of this specialized training and experience, I have been certified as an expert witness in the subject of computers and digital evidence in the U. S. District Court for the Northern District of Georgia.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause to find that Carl SKOW, also known by Google email account "atlclguy@gmail.com," of Norcross, Georgia, has committed a violation of Title 18, United States Code, Section 2422(b).

5. Title, 18, United States Code, Section 2422(b) provides:

> Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life.

## PROBABLE CAUSE

6.      On June 3, 2011, Homeland Security Investigations (HSI) Special Agent David Westall, while acting in an undercover capacity, responded to an advertisement on an online classifieds website well noted for advertising adult entertainment and catering to the adult services community. The ad that Agent Westall replied to read:

> *Sweet, cute, kind 30s white guy looking for \*ONE\* younger girl, preferably Asian, but will entertain any applicant. This can be as downlow as you need. So if you're in need, but not quite ready to make the "escort" jump, send me a pic and let's talk. Yes, this is for real, $$$$ a month. I'd prefer you be in the north Atlanta area, but I'm pretty open if you're mobile*

7.      Although not specifically mentioned, this ad was posted in the "Men Seeking Women" section of the website and was obviously a solicitation for sex in exchange for money. Agent Westall sent an e-mail to the poster of this ad stating that he (Westall) had two 15-year-old girls already in the U.S. who "are looking to be with a man" and that he (the anonymous poster) could have them for a year for $2,500; or he could accompany him (Agent Westall) to Guatemala and pick out the girl he wanted for $4,000.

8.      This anonymous poster replied, again via this website, by asking for more information and pictures of the two 15-year-old girls already in the U.S. However, when Agent Westall sent him pictures of two minor females, the anonymous poster stated that he was not attracted to these girls and asked Agent Westall for a slimmer girl with long hair.

3

9.      At 7:26 p.m. EDT on June 9, 2011, Agent Westall replied to this poster by sending the following message:

*I told people in Guatemala what you want and this is pictures of Mariena. Long hair and slim. she is ready to come to US. She is 14 years old and will be 15 years in a few weeks. She has only had one sex partner, so she is fresh for you. Let me know what you think. My number is 404-808-1599. If you call leave a call back number.*

10.     Agent Westall also attached three pictures of an underage, Hispanic-looking female to the e-mail message. The e-mail address associated with this anonymous user and to which Agent Westall sent these pictures was atlclguy@gmail.com.

11.     A later Google search of the screen name "atlclguy" revealed two user profiles on two social networking/dating websites named www.sugardaddy.com and www.financialarrangement.com. These two websites appear almost identical and both are subtitled "Where Romance Meets Finance." They both appear to be marketed to individuals willing to mutually enter into financial arrangements to pay for companionship and/or sexual favors. The account for the "atlclguy" user profile was active within 24 hours on both of these websites; the profile also lists "atlclguy" as a wealthy, 34-year-old, 5'8" white male from Norcross, Georgia.

12.     About an hour later, at 8:34 p.m. EDT, Agent Westall received an e-mail response from atlclguy@gmail.com. The reply read, "*Much better, yes! How much to get her here ? If deal is good we will move forward I think :)*" In the e-mail header of this reply from

atlclguy@gmail.com, the originating IP address was listed as 24.98.0.8; and the date and time the e-mail reply was sent was listed as: Thu, 09 Jun 2011 17:34:56 -0700 PDT.

13. Your affiant has subsequently discovered that the IP address 24.98.0.8 belongs to Comcast Communications and issued an administrative summons to this internet service provider requesting the subscriber to whom this IP address was assigned on June 9, 2011 at 17:34:56 PDT (i.e. 8:34 p.m. EDT). Comcast recently revealed that, at this date and time, this IP address was assigned to a customer account under the name of Carl SKOW with a service address of 502 Olde Mill Ln. in Norcross, Georgia – the SUBJECT PREMISES.

14. Agent Westall promptly responded to the above message by stating: "*special deal for you $2500. possibly can have her in Atlanta by next friday if you have the money by then.*" Agent Westall received a reply about three minutes later, again from IP address 24.98.0.8, "*This is good deal if you make sure everything is smooth. Let's meet, I will call tomorrow...*" In a follow-up message the following morning (June 10, 2011), Agent Westall was told that:

> *...next Friday is much too quick for me, I have a few things to take care of before I can have someone live with me again. I will talk to you today, but know that what works best for me is the end of the month, June 30th or July 1st aera? I will be putting down half to show my sincerity.*

15. According to the e-mail header, the IP address that the above e-mail was sent from was 66.6.147.87. About three hours later, Agent Westall received another e-mail from atlclguy@gmail.com; this message read, "*I will call later, after I get off of work. Near 6:30 I think !*" This e-mail message was also sent from a computer using IP address 66.6.147.87. Your affiant has since learned that the IP address 66.6.147.87 belongs to COX Enterprises Inc. Your

5

affiant has also discovered that Carl SKOW is employed by Manheim Inc. – a subsidiary of COX Communications. Manheim's website lists their corporate address as 6205 Peachtree-Dunwoody Road, Atlanta, Georgia – this is also the exact same address as COX Enterprises Inc.

16.     Later in the evening on June 10, 2011, Agent Westall, acting in an undercover capacity, placed a recorded telephone call to 770-687-0776 - a number provided to him in an e-mail message sent by atlclguy@gmail.com which he claimed was a "drop phone" he had purchased solely for communicating with Agent Westall. During their phone conversation, Agent Westall provided this individual (male voice) with a new e-mail address and password; and explained that, rather than exchanging e-mails, they should communicate by sharing a common e-mail account through which they would write e-mail drafts without sending them. Agent Westall proposed they contact one another whenever a new draft was ready for the other to log in and read. Agent Westall provided male on the other end of the phone with the e-mail address marienalove14@gmail.com ("Mariena" is the fictitious 14-year-old) and the password "ilovehotgirls." Agent Westall also told this male that "Mariena's" 15th birthday was July 4th and asked him if it would be alright if she could celebrate her birthday in Guatemala with her family before she was delivered to him. The male voice on the other end agreed with his request. Agent Westall later placed a copy of the recording of this phone call into evidence.

17.     Using the new marienalove14@gmail.com e-mail account, Agent Westall corresponded with this individual by saving an e-mail draft and arranged a meeting for 6:30 p.m. on June 13, 2011 to discuss the transaction and for this individual to make a partial payment for "Mariena." This individual described himself by saving another e-mail draft to the

6

marienalove14@gmail.com Inbox which read: *You'll know me by a light blue golf shirt, buzz cut, 5'9" thin white guy with a couple days growth of beard. I'll wear a tan hat with green lettering too.*

18. On June 13, 2011, Agent Westall, still acting in an undercover capacity, met with a male fitting the above physical and clothing description at Meehan's Irish Pub in Sandy Springs, Georgia. Again, Agent Westall covertly recorded the conversation, during which the individual revealed that he was coming out of a long-term relationship and was just looking to "see what came" from the ad (*i.e.* online solicitation) because he was trying to "get out of a funk." Agent Westall then explained that he met his (fictitious) Guatemalan girlfriend when she was also 14-years-old and that he has been dating her for going-on five years. He said she (fictitious girlfriend) is now 19 and they are planning to get married. He said that "Mariena" is this girlfriend's second cousin and that this is a family-arrangement to get "Mariena" into the U.S. (presumably by whatever means necessary). Agent Westall also pretended that his girlfriend's family has relatives Tijuana, so the plan is to transport "Mariena" to Tijuana, have her "cross" the border near San Diego, travel to Phoenix and fly her from Phoenix to Atlanta.

19. The male then told Agent Westall that he's "not here to hurt anybody. I want to make sure in doing this that I'm not gonna hurt anybody." He said that "...Guatemala that's...that's...human trafficking there, ...that's like...that's like the area where they kidnap people and like send them off, that's like Cambodia... I don't wanna hurt somebody like that...I don't wanna to put them through, like being shipped off in some little container or something like

that." Agent Westall assured him, "Naw, dude, its nothing like that..." The male's response was "it's a rough world...I'm relieved...cus I'm a pretty good to people."

20.     He then went on to say that he had to clear some of his ex-girlfriend's stuff out before he could have "Mariena" move in with him. Agent Westall asked him if he had nosy neighbors and what he was going to tell them (*i.e.* to explain why "Mariena" was living with him)? He replied that he has enough Hispanic friends to be able to say that "Mariena" is a Hispanic friend's niece and she doesn't have a place to stay so she's staying with him. He also said he thought about saying that "Mariena" was an exchange-student, but that was a bad idea because she would not be going to school (although he plans to buy her a copy of Rosetta Stone to help her learn English). He eventually said, "I can figure something out."

21.     Later on in the conversation, the man compared having sex with a condom to someone who eats steak at Ruth's Chris or Fogo De Chao "with a tongue wrapped in cellophane." He said that "with girlfriends it's...like...safe, right? But with the situation I'm about to adventure on, I feel like that's much less safe, right?" When Agent Westall suggested that he take "Mariena" to a medical doctor (for birth control), he replied, "She's young!" Agent Westall replied that his girlfriend had some connections to doctors who would treat her and not question him about the girl or her age.

22.     Almost an hour into the conversation, the male said to Agent Westall, "So, my real name is Carl." Agent Westall replied, "My name is David." He also told "Carl" that if he gets tired of "Mariena" or she get's on his nerves or whatever, they'll always take her back. "Carl" replied again, "She's young...and young girls are fucking stupid."

8

23. "Carl" also told Agent Westall that if "Mariena" wished to remain in Guatemala until after her 15th birthday (early July) that was okay because he usually spends the Fourth at a barbeque with friends anyway. "Carl" said he planned to take a week off of work so he could spend time with her when she arrives. "Carl" and Agent Westall agreed to communicate via text messages to coordinate her arrival. When he left, "Carl" handed Agent Westall an envelope containing $1,250 as partial payment for one year of "Mariena's" services. This envelope and money has been placed into evidence.

24. As "Carl" left the restaurant, other HSI agents kept him under surveillance and spotted him getting into a blue Audi sports sedan bearing Georgia license plate BLU9316. This tag is registered to a Carl SKOW of 502 Olde Mill Rd. in Norcross, Georgia – the SUBJECT PREMISES. Agent Westall was later presented with a Georgia Department of Motor Vehicles driver's license photograph of Carl SKOW and he identified him as the male who he met at Meehan's on June 13, 2011 and who handed him the envelope containing $1,250.

25. On June 19, 2001, Agent Westall called SKOW to arrange another meeting to discuss "Mariena's" arrival. During this phone call, SKOW stated that he plans to "take off of work for the rest of that week and then, y'know, so like, so she's not sitting in my condo staring at a wall." They also discussed the Guatemalan village of Kambil Balam, where Agent Westall told "Carl" that "Mariena" is from.

26. On June 22, 2011, Agent Westall, still acting in an undercover capacity, and Carl SKOW again met at Meehan's in Sandy Springs, Georgia. The purpose of the meeting was to further discuss the sale of "Mariena" to SKOW; and also confirm that SKOW was still, in fact,

9

willing to follow through on the sale. During dinner, Agent Westall informed SKOW that his (fictitious) Guatemalan girlfriend has about 6 months worth of birth control pills that they were willing to administer to "Mariena" when she goes down to get her if SKOW wished. SKOW said "Dude, that makes me feel a lot better and, actually, if she could give that to her, like, ahead of time...that would help. ...cause, to be honest, I'm not gonna touch her right away...I'm gonna let her settle down, let her get situated,...I'm not going to do anything to her for, like, a while, and then...y'know." SKOW told Agent Westall it takes 7 days for the effects for birth control pills to kick in.

27.    SKOW also asked Agent Westall how they will be able to "get Mariena on a plane." Agent Westall replied that his "girlfriend's" cousin would buy the ticket and put "Mariena's" name on it; and, because she was a minor, she would not be required to show ID. Finally, near the end of the conversation, SKOW and Agent Westall discussed counterfeit documents and how easy it is to obtain a fake U.S. passport or other identification documents for "Mariena." SKOW also stated that he is "preparing" his condo for "Mariena's" arrival and that he intends to purchase a bicycle for her to get around on because she is too young to drive.

28.    After the meeting, SKOW was again followed from the restaurant and observed getting into the same blue Audi sports sedan bearing Georgia license plate BLU9316. On June 27, 2011, your affiant drove to Olde Mill Lane in Norcross and observed this same blue Audi sports car parked just outside of condominium #502.

29.    As of this date, Carl SKOW currently believes that Agent Westall has arranged for "Mariena" and his girlfriend to arrive into Atlanta sometime around 4:30 p.m. on July 6, 2011

on a flight from the west coast. Agent Westall and SKOW have agreed to meet at 4:00 p.m. that afternoon in the Atrium food court of Hartsfield-Jackson Atlanta International airport where SKOW will pay Agent Westall the remaining $1,250.

30.     Around 4:00 p.m. on July 6, 2011, Carl SKOW met with Agent Westall at the "Bistro del Sol" lunch counter in the main terminal of Hartsfield International Airport where he was promptly arrested. As agents identified themselves and informed him he was under arrest, SKOW uttered, "I deserve it" to the officers. During a search incident to SKOW's arrest, agents discovered an envelope containing $1,250 in cash. SKOW was verbally advised of his Miranda rights prior being transported to the HSI office. Once at the HSI office, your affiant again advised SKOW of his Miranda rights, which SKOW chose to invoke.

31.     SKOW arrived at the airport in a 2008 Audi sports car. The car was seized pending forfeiture proceedings and, during an inventory search of the vehicle, agents discovered packaging for a disposable, pre-paid cell phone like the kind SKOW mentioned to Agent Westall he had purchased. The receipt showed that the phone was purchased at Wal-Mart on June 9, 2011 – the day before SKOW provided Agent Westall with his phone number, 770-687-0776.

32.     Simultaneous with SKOW's arrest at the airport, other HSI agents executed a search warrant on SKOW's residence at 502 Olde Mill Ln. in Norcross, Georgia. In the master bedroom, agents discovered a desktop computer. Visible on the screen of the computer's monitor was an opened, word processing file written in both Spanish and English. The document appeared to be a list of instructions. For example, it instructs the reader "you should tell people you are 18 years old and I am caring for you for a while because I am a friend of the

family…you are not here legally…" It also states "We will have sex any time I want it." And "Take the pill she gave you once a day at dinner" – SKOW was led to believe that "Mariena's" cousin had given her 6-months of birth control pills.

33.   Also, agents discovered the same document mentioned above in hard copy form tacked to the wall, as if it had been printed from the computer. The document tacked to the wall read:

### Untitled

Aqui estan sus RESPONSABILIDADES:

Ser obediente.  Yo soy un hombre de bien y sera bueno para usted.

Usted debe tomar una ducha casi todos los dias y se mantienen limpias.  Yo te dare bano de burbujas primera noche y le muestran lo bonito que es!

Limpiar la casa.  No es demasiado grande para dos personas por lo que va a ser facil!

A veces, hacer las comidas.  Estos tomara tiempo para aprender.  Voy a cocinar hasta que aprenda.

Limpieza de la ropa.  Es muy facil en los Estados Unidos con la ayuda de la lavadora! !Muy facil!

Vamos a tener relacions sexuales en cualquier momento que lo desee.  Es muy importante que son obedientes a mi con el sexo y lo que te digo.  Lo que pido que va a hacer sin quejarse!

Usted va a estudiar el idioma Ingles.  La parte de Atlanta que vivimos en cuenta un monton de gente de Mexico que hablan espanol, pero la mayoria de Atlanta solo habla Ingles.

Tomar la pildora que le dio una vez al dia durante la cena.

Los gatos a veces, cuando le preguntan por la atencion. Sus nombres son Sasha (Negro y grasa), Pandora (Negro y Brown), y la Ira (Orange).  Ellos estan muy bien y le gusta.

Usted debe decirle a la gente que tiene 18 anos y que estoy cuidando de tip or algun tiempo porque soy amigo de su familia. Si mas preguntas que usted puede decirles que todo lo demas es privado y hablar conmigo. Ustedes no estan aqui legalmente por lo que este se asegurara de que no se meten en problemas o deportados.

In English this says:

Here are your responsibilities:

Be obedient. I am nice man and will be good to you.

You must take a shower almost every day and stay clean. I will give you bubble bath first night and show you how nice it is !

Clean house. It is not too big for 2 people so it will be easy!

Sometimes make meals. This will take time to learn. I will cook until you learn.

Cleaning clothes. It is very easy in America with help from washing machine! VERY easy!

We will have sex any time I want it. It is very important you are obedient to me with sex and do as I say. Whatever I ask for you will do without complaint!

You will study the English language. The part of Atlanta that we live in has a lot of people from Mexico that speak Spanish, but most of Atlanta only speaks english.

Take the pill she gave you once a day at dinner.

Pet cats sometimes when they ask for attention. Their names are Sasha (Black and Fat), Pandora (Black and Brown), and Ira (Orange). They are very nice and will like

Page 1

34.     Agents also discovered Viagra pills and sex toys (*i.e.* a pair of pink frilly handcuffs).

13

35. SKOW also made an unsolicited comment during the booking procedures that he is expecting a delivery tomorrow (July 7, 2011) of some English language books/learning materials.