# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITES STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.** |
| | ) | |
| **v.** | ) | **1:11-CR-373-CAP-ECS** |
| | ) | |
| **CARL SKOW,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PRELIMINARY OBJECTION TO REPORT AND RECOMMENDATION OF THE MAGISTRATE

Defendant, Carl Skow, wishes to preserve his right to challenge any factual findings and legal conclusions in the Report and Recommendation of the Magistrate that was issued on September 13, 2012.

Because an additional evidentiary hearing is necessary to resolve the remaining issue that was raised in the Motion to Suppress, the defense will file one set of objections after the Magistrate issues a final Report and Recommendation.

Respectfully submitted,

s/*Jana Lauren Harris*

Jana Lauren Harris
Georgia Bar No. 330275
Attorney for Defendant

GARLAND, SAMUEL & LOEB, P.C.
3151 Maple Drive, N.E.
Atlanta, GA  30305
Phone: 404-262-2225

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITES STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.** |
| | ) | |
| **v.** | ) | **1:11-CR-373-CAP-ECS** |
| | ) | |
| **CARL SKOW,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the within and foregoing

**PRELIMINARY OBJECTION TO REPORT AND RECOMMENDATION**

**OF THE MAGISTRATE** with the Clerk of Court using the CM/ECF system

which will automatically send email notification of such filing to the attorneys of

record.

This the 26th day of September, 2012.

s/*Jana Lauren Harris*

Jana Lauren Harris
Georgia Bar No. 330275
Attorney for Defendant

GARLAND, SAMUEL & LOEB, P.C.
3151 Maple Drive, N.E.
Atlanta, GA  30305
Phone: 404-262-2225
Fax:  404-365-5041
jlh@gsllaw.com