UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

CARL SKOW,

CRIMINAL ACTION

NO. 1:11-cr-373-CAP-ECS

**O R D E R**

This matter is before the court on the September 13, 2012 Report and Recommendation of the Magistrate Judge (the "R&R") [Doc. No. 59]. After carefully considering the R&R, the court receives it with approval.

Accordingly, the matter is REMANDED to the Magistrate Judge for a further hearing on the applicability of the plain view doctrine. The case shall be de-certified and removed from the November 5, 2012 trial calendar.

It is further ORDERED that the time period beginning with the date of the docketing of this order through the date of the hearing and final disposition of the motion to suppress shall be excluded from the Speedy Trial Act deadlines pursuant to 18 U.S.C. § 3161(h)(1)(A). The court finds that the ends of justice served by allowing this continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED, this 1st day of October, 2012.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge